# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS, | |
| Petitioner, | Civil Action No. 13-755 (SRC) |
| v. | **OPINION & ORDER** |
| CONEX CONSTRUCTION CORP., | |
| Respondent. | |

**CHESLER, U.S.D.J.**

This matter comes before this Court on the motion by Respondent Conex Construction Corp. ("Conex") to alter Judgment, amend Judgment, or seek relief from Judgment, pursuant to Federal Rules of Civil Procedure 52, 59, or 60. The essence of this motion is that Conex seeks reconsideration of this Court's Opinion entered on April 10, 2013, and the accompanying Order and Judgment. In that Opinion, and in the accompanying Order, this Court granted the motion to confirm the arbitration award by Petitioner New Jersey Building Laborers' Statewide Benefit Funds, and denied the motion to vacate the arbitration award by Conex. For the reasons stated below, the motion seeking relief from Judgment will be denied.

"A court may grant a motion for reconsideration if the moving party shows one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." See Banda v. Burlington County, 263 Fed. Appx. 182, 183 (3d Cir. 2008) (citing Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir.

1999)); L. Civ. R. 7.1(i).

In support of the motion for reconsideration, Conex repeats its earlier arguments. Conex seeks to re-argue the original motions on the same grounds, and has made no showing that any of the requirements for reconsideration has been met. The motion for reconsideration will be denied.

For these reasons,

**IT IS** on this 18th day of June, 2013

**ORDERED** that Respondent's motion for reconsideration (Docket Entry No. 13) is **DENIED**.

 /s Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge